IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

MATHURINE M. LOUIS,

        Plaintiffs,

-v.-                                    5:07-CV-01318(NPM/GHL)

DAVID C. SIMPSON, et al
        Defendants.

APPEARANCES:                       OF COUNSEL:

FOR THE PLAINTIFF:

GELLER, SEIGEL LAW FIRM        Philip R. Papa, Esq.
419 Park Avenue South
7th Floor
New York, NY 10016

FOR THE DEFENDANT:

STRONGIN, ROTHMAN LAW FIRM    David A. Abrams, Esq.
5 Hanover Square
4th Floor
New York, NY 10004

NEIL P. MCCURN,
SENIOR U.S. DISTRICT JUDGE

JUDGMENT DISMISSING ACTION
BASED UPON SETTLEMENT

    The parties have entered into an agreement in settlement of all claims in this action, and that they reasonably anticipate finalizing their agreement shortly,

following which this action will be discontinued, with prejudice, by stipulation pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Based upon this development, I find that it is not necessary for this action to remain on the court's active docket.

It is therefore hereby

ORDERED, as follows:

1) This action is dismissed, with prejudice, except as set forth below.

2) The court will retain complete jurisdiction to vacate this order and to reopen the action within three months from the date of this order upon cause shown that the settlement has not been completed and further litigation is necessary.

3) The Clerk shall forthwith serve copies of this judgment upon the parties and/or their attorneys appearing in this action by electronic means.

Dated:	January 13, 2009
	Syracuse, New York

_____
Neal P. McCurn
Senior U.S. District Judge